
R

FILED
NOV 14 2007
14
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** DESI CANO

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Ronald D. May
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Desi Cano
#10121-424
Duluth - FPC
P.O. Box 1000
Duluth, MN 55814

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 3. Federal Question (U.S. gov't. not a party)
[✓] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6444
JUDGE CONLON
MAG. JUDGE KEYS

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 11/14/2007

Conlan 98CR712
Keys