IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
NOV 1 4 2007 *aew*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

    Petitioner,

District Court Docket No# 98CR-712-1

-v-

Honorable Suzanne B. Conlon

UNITED STATES OF AMERICA,

NOTICE OF MOTIONS AND MOTIONS

    Respondent,

......

    **Please Take Notice** that Petitioner intends, at such date and time as selected by the Court, to bring the following

MOTIONS:

1. Motion Pursuant To 28 U.S.C. § 2255, Accompanied With Its Appendix With Exhibits

2. Motion To Introduce Recorded Telephone Conversations

**07CV6444**
**JUDGE CONLON**
**MAG. JUDGE KEYS**

_11-8-2007_
Date

_Desi Cano_ (signature)
Desi Cano