UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 07 C 6444 |
| v. | ) | |
| | ) | Judge Suzanne B. Conlon |
| DESI CANO | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that former Assistant United States Attorney Ronald May is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  /s Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)886-7629

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Withdrawal and Substitution of Counsel**

was served on November 21, 2007, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on November 21, 2007, to the following non-ECF filers:

>Desi Cano
>#10121-424
>Duluth – FPC
>P.O. Box 1000
>Duluth, MN 55814

>　/s Bethany K. Biesenthal
>BETHANY K. BIESENTHAL
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois
>(312) 886-7629