# United States District Court, Northern District of Illinois

98cr712

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6444 / 98cr712-1 | **DATE** | 11/29/2007 |
| **CASE TITLE** | DESI CANO vs. UNITED STATES OF AMERICA | | |

**DOCKET ENTRY TEXT**

(98cr712-1) Defendant Desi Cano's Section 2255 motion is denied without prejudice for failure to use the court forms required by Local Rules 81.1 or 81.3.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|