MHN

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 10 2007
12-10-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

07C6444

 Petitioner,

District Court Docket No.# 98CR-712-1

-v-

Honorable Suzanne B. Conlon

UNITED STATES OF AMERICA,

**MOTION TO INTRODUCE RECORDED
TELEPHONE CONVERSATIONS**

 Respondent,

. . . . . . . . .

NOW INTO COURT, Comes Desi Cano the Petitioner appearing through Pro-Se representation and respectfully requests and moves this Honorable Court for Leave to introduce into the record three recorded telephone conversations of Desi Cano's defense attorneys Kevin Bolger's and Robert Charles Lucenti implicating themselves of participating in an unethical and unprofessional manner while representing Desi Cano in his criminal case.

A Pro-Se litigants pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. HAINES V. KERNER, 30 L. Ed. 2d. 652(1972); ESTELLE GAMBLE, 50 L. Ed. 2d. 251 (1976). A court should make a reasonable attempt to read the pleadings to state a valid claim on which the Petitioner could prevail, despite the Petitioner's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with the pleading requirement. HALL V. BELLMON, 935 F. 2d. 1106; Also See ASHIEGBU V. PURVIANCE, 76 F. Supp. 2nd. at 828(Holding that all pleadings shall be so construed as to do substantial justice).

A memorandum brief in support of this motion is made part of this motion by reference herein.

           Respectfully Submitted

           *Desi Cano*
           Desi Cano - Pro-Se
           Reg#10121-424-Dorm-208
           Duluth Federal Prison Camp
           P.O. Box 1000
           Duluth MN 55814