IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D  MHW
DEC 1 0 2007
12-10-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

    Petitioner,

07C6444

District Court Docket No# 98CR-712-1

-v-

Honorable Suzanne B. Conlon

UNITED STATES OF AMERICA,

    Respondent,

**NOTICE OF MOTIONS AND MOTIONS**

......

**Please Take Notice** that Petitioner intends, at such date and time as selected by the Court, to bring the following

**MOTION:**

1. Motion Pursuant To 28 U.S.C. § 2255, Accompanied With It's Appendix With Exhibits

2. Motion To Introduce Recorded Telephone Conversations

December 4, 2007

Date

*Desi Cano* (signature)

Desi Cano