MHW

Desi Cano
Reg#10121-424-Dorm-208
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

**FILED**

DEC 1 0 2007 *aw*

12-10-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk Of The Courts
United States District Court For
The Northern District Of Illinois
219 South Dearborn Street
Chicago Illinois 60604

December 4, 2007

RE: U.S. V. DESI CANO
Case No. 98CR-712-1      07C6444

Dear Honorable Clerk:

Please find enclosed three copies of my motion and Memorandum Brief In support Of Motion Pursuant to 28 U.S.C. § 2255. I had previously filed the Memorandum And Support but I mistakenly failed to attach the Application Motion along with my memorandum brief in support.

The Honorable Suzanna B. Conlon denied my motion with~~out~~ prejudice for my failure to attach the Application Motion. I apologize for your Honorable Clerks inconvenience. I request your assistance again to refile the attach Application Motion And Memorandum Brief. Please furnish me with an acknowledgement when your Honorable Clerk has filed same.

Thank you for your assistance in this serious matter. I will anxiously be waiting for the stamp filed copy or any other instructions I must follow. A apologize once again for the inconvenience.

Sincerely,
Desi Cano

CC: U.S. Attorneys Office

enclosure/