Order Form (01/2005)

**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6444 (98 CR 712 - 1) | **DATE** | 1/14/2008 |
| **CASE TITLE** | UNITED STATES vs. DESI CANO | | |

**DOCKET ENTRY TEXT**

Defendant's § 2255 motion to vacate set aside or correct his sentence and his motion to introduce recorded conversations are taken under advisement. The government shall respond by 2/15/08.

*Suzanne B. Conlon*

CC: Assistant U.S. Attorney Gary Shapiro                    Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|