# United States District Court
## Northern District of Illinois
### Eastern Division

UNITED STATES OF AMERICA

v.

DESI CANO

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6444

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED defendant's 28 U.S.C. § 2255 motion is denied.

Michael W. Dobbins, Clerk of Court

Date: 2/27/2008         /s/ Willia Harmon, Deputy Clerk