IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
3-3-2008
MAR 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,
    Petitioner,

-v-

UNITED STATES OF AMERICA,
    Respondent,

No. 07-C-6444
No. 98-CR-712-1

Honorable Suzanne B. Conlon

**MOTION FOR A EXTENSION OF TIME**

. . . . . . . . . .

Desi Cano is a federal prisoner serving out a 210 month sentence. On November 14, 2007, Mr. Cano with the assistance of a fellow inmate that was knowledgeable in the science of law filed a Motion To Vacate, Set-Aside, Or Correct Sentence Pursuant to 28 U.S.C. § 2255. On February 14, 2008, the United States Attorneys Office filed their reply as this Honorable Court Order them. The United States Attorneys Office in their reply requested that this court deny Mr. Cano's requested relief.

Mr. Desi Cano believes that he has raised meritorious issues on his initial motion, but unfortunately for Mr. Cano, at the present time he is unable to properly and adequately prepare a rebuttal to the Governments Reply, since (i) he has limited education (ii) not skilled in the science of law and (iii) the lay-person (law-clerk) who assisted him in preparing and filing Mr. Cano's initial motion has been transferred to another institution.

Therefore, based on the aforemention, Mr. Cano respectfully requests and moves this Honorable Court for an additional 20 day extension of time to file his rebuttal to the governments reply to his Motion pursuant 28 U.S.C. § 2255 currently pending in this Honorable Court. These additional 20 days requested by Mr. Cano is by no means a stall tactic, but instead the opportunity for Mr. Cano to seek legal assistance in the prison law library to properly and adequately prepare his reply for filing in this court. Please See Supporting Attached Sworn Affidavit.

-2-

Moreover, a 20 day extension of time will by no means be prejudicial to the United States Attorneys Office.

WHEREFORE, Desi Cano prays that this Honorable Court grant him an additional 20 day extension of time to file his reply.

Respectfully Submitted

*Desi Cano*

Desi Cano

Executed On This 27Th Day Of February 2008

STATE OF MINNESOTA   )
COUNTY OF ST. LOUIS  )  SS
                     )

### SWORN AFFIDAVIT OF DESI CANO

I, Desi Cano, being duly sworn, state as follows:

1. This affidavit is in support of my Motion For Extension Of Time.

2. This request for an additional 20 days to file my Reply To The Governments Response To Motion Pursuant To 28 U.S.C. § 2255 is by no means a stall tactic but the opportunity to seek legal assistance in properly and adequately preparing my reply to the governments response to my 2255 motion.

3. I have limited education and am not educated in the science of law.

4. That, my initial motion pursuant to 28 U.S.C. § 2255 was researched and prepared by a fellow inmate who was a lay-person in the law. But since that inmate has been transferred to another institution.

5. That, without the additional 20 day extension of time, I will not be able to properly seek assistance in preparing an adequately and proper reply to the Governments Response To my Motion Pursuant To 28 U.S.C. § 2255

FURTHER AFFIANT SAYETH NOT

_____
Desi Cano

Executed On This 27Th Day Of February 2008

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

DESI CANO,                      )
      Petitioner,         )
                                )
V.                              )   07 CV 6444 (98 CR 712-1)
                                )   Judge Suzanne B. Conlon
UNITED STATES OF AMERICA,       )
      Respondent,         )

### CERTIFICATE OF SERVICE

I, Desi Cano, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my Motion for Extension of Time in the Duluth Federal Prison Camps Mail system with first class postage affixed to insure its proper delivery to:

Clerk of the Court
United States of District Court for the
    Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604


United States Attorney's Office
U.S. District Court for the
    Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Executed on this 27th Day of February 2008.

                                            Desi Cano
                                            REG# 10121-424
                                            Duluth Federal Prison Camp
                                            P.O. Box 1000
                                            Duluth, MN 55814