# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6444 (98 CR 712-1) | **DATE** | 3/17/2008 |
| **CASE TITLE** | DESI CANO vs. UNITED STATES OF AMERICA | | |

**DOCKET ENTRY TEXT**

Defendant's motion [20] for an extension of time to file a reply in support of his § 2255 motion is moot. See order entered 2/27/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|