IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
APR - 7 2008
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

    Petitioner,

-v-

UNITED STATES OF AMERICA,

    Respondent,

Case No.# 07-C-6444(98-CR-712-1)

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

. . . . . . . .

NOW INTO COURT, Comes Desi Cano, the Petitioner appearing through Pro-Se representation and respectfully moves and requests from this Honorable Court Leave To Proceed On Appeal through In Forma Pauperis from the judgment entered on February 27, 2008, without prepayment of costs and fees, and without giving security therefor.

An Affidavit In Support Of This Motion To Proceed On Appeal In Forma Pauperis Is Attached Hereto And Made Part Of This Motion By Reference Herein.

                                      Respectfully Submitted

                                      */s/ Desi Cano*
                                      Desi Cano -Pro-Se

Executed On This 2 Th Day Of April, 2008