IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

```
FILED
APR - 7 2008
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
```

DESI CANO,

      Petitioner,

-V-                               Case No.# 07-C-6444(98-CR-712-1)

UNITED STATES OF AMERICA,        AFFIDAVIT IN SUPPORT OF MOTION TO
                                             PROCEED ON APPEAL IN FORMA PAUPERIS
      Respondent,

. . . . . . .

I, Desi Cano, Being Duly Sworn, Depose And Says That:

1. I am the Petitioner in this action.

2. I state that because of my poverty I am unable to pay the cost of said proceeding. That I believe I am entitled to redress; and that the issues which I desire to raise on appeal will entitle a reversal of the judgment entered by this Honorable Court On February 27, 2008. Please See Accompanied Request For Certificate Of Appealability On Issues That Would Be Appealed.

3. I am currenting employed by the Duluth Federal Prison Camp as a Recreation Department earning approximately $10.00 to $14.00 on a monthly basis. I am not gainfully employed due to my incarceration. I have been incracerated for appromately 10 years. I am able to give a partial payment for the start of this appeal, thereafter, I can follow up with monthly payments until the full cost of the appeal is fulfilled.

4. I, Desi Cano, therefore request leave to prosecute the proposed appeal through In Forma Pauperis status.

FURTHER THE AFFIANT SAYETH NOT.

Affidavit In Support Of Motion To
Proceed On Appeal In Forma Pauperis


I understand that a false statement in this affidavit will subject me to the penalties of perjury. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the foregoing information contained herein this affidavit is true and correct.


Executed On This ⟶2 Th Day Of April, 2008


*Desi Cano* (signature)
Affiant –Desi Cano