IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
APR - 7 2008
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

    Petitioner,

-V-

    Case No. # 07-C-6444(98-CR-712-1)

UNITED STATES OF AMERICA,

    Respondent,

NOTICE OF MOTIONS
AND MOTIONS

.......

**Please Take Notice**, that Petitioner Desi Cano intends, at such date and time as selected by the Court, to bring the following:

MOTIONS:

1. Notice Of Appeal,

2. Request For The Issuance Of A Certificate Of Appealability,

3. Motion For Leave To Proceed On Appeal In Forma Pauperis,

4. Affidavit In Support Of Motion To Proceed On Appeal In Forma Pauperis.

_4-2-08_
Date

_Desi Cano_
Desi Cano