FILED *hhh*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

APR - 7 2008 *alw*
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

       Petitioner,

  -V-                          Case No.# 07-C-6444(98-CR-712-1)

UNITED STATES OF AMERICA,

       Respondent,             **NOTICE OF APPEAL**

                  . . . . . . .

NOTICE, is hereby given that Desi Cano, the Petitioner, appearing through
Pro-Se representation hereby appeals to the United States Court Of Appeals For
The Seventh Circuit from the final judgment entered on his Motion To Vacate, Set-
Aside Or Correct Sentence pursuant To 28 U.S.C. § 2255 entered for the record in
the above action on February 27, 2008.

                          Respectfully Submitted

                          *Desi Cano*

                          Desi Cano -Pro-Se

Executed On This _2_ th Day Of April, 2008