# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07cv6444

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA (Appellee) | | Desi Cano (Appellant) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Bethan K. Biesenthal | Name | Desi Cano PRO SE |
| Firm | US Atty Office | Firm | Duluth-FPC #10121-424 |
| Address | 219 South Dearborn Street Suite 500 Chicago, IL 60604 | Address | P.O. Box 1000 Duluth, MN 55814 |
| Phone | (312) 886-7629 | Phone | (PRO SE) |

| Other Information | | | |
|---|---|---|---|
| District Judge | Conlon | Date Filed in District Court | 11/14/07 |
| Court Reporter | B. Wilson (5885) | Date of Judgment | 3/3/08 |
| Nature of Suit Code | 510 | Date of Notice of Appeal | 4/7/08 |

COUNSEL:  Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:  Paid [ ]   Due [ ]   IFP [ ]
             IFP Pending [ ]   U.S. [ ]   Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [X]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| PETITIONER'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

| RESPONDENT'S COUNSEL | |
|---|---|
| Name | |
| Firm | |
| Address | |
| Phone | |

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

APR - 7 2008
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DESI CANO,

    Petitioner,

-V-                                       Case No.# 07-C-6444(98-CR-712-1)

UNITED STATES OF AMERICA,                 NOTICE OF APPEAL

    Respondent,

                      ........

NOTICE, is hereby given that Desi Cano, the Petitioner, appearing through Pro-Se representation hereby appeals to the United States Court Of Appeals For The Seventh Circuit from the final judgment entered on his Motion To Vacate, Set-Aside Or Correct Sentence pursuant To 28 U.S.C. § 2255 entered for the record in the above action on February 27, 2008.

                                        Respectfully Submitted

                                        _Desi Cano_
                                        Desi Cano -Pro-Se

Executed On This 2th Day Of April, 2008

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6444 (98 CR 712-1) | **DATE** | 2/27/2008 |
| **CASE TITLE** | UNITED STATES v. DESI CANO | | |

**DOCKET ENTRY TEXT**

Defendant's motion for relief under 28 U.S.C. § 2255 [11] is denied. Defendant's motion to introduce recorded telephone conversations [9] is moot. SEE BELOW FOR DETAILS.

■[For further details see text below.]

Notices mailed by Judicial staff.

### STATEMENT

Proceeding *pro se*, Desi Cano moves under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence imposed on February 19, 1999. Cano bases his motion on his attorneys' ineffectiveness, alleging his counsel (1) failed to review his presentence investigation report with him before sentencing, and (2) failed to follow his instruction to appeal his sentence.

Cano filed a § 2255 motion on November 14, 2007. A one-year statute of limitations applies to all § 2255 petitions. 28 U.S.C. § 2255(f). Cano argues his petition is timely because, exercising due diligence, he could not have discovered the underlying facts until 2007. Cano's argument is unavailing. Cano would have known *at* sentencing whether his attorneys failed to review his presentence investigation report with him *before* sentencing. And ten days after sentencing, Cano could have discovered whether his attorneys had followed his instruction to file a timely notice of appeal. *See* Fed.R.App.P. 4(b)(1)(A)(I) (a criminal defendant has ten days after a judgment or order to file a notice of appeal). If Cano exercised due diligence, he could have discovered the facts underlying his § 2255 petition in March 1999. His motion is over seven years too late.

| | Courtroom Deputy | WH |
|---|---|---|

07 C 6444 (98 CR 712-1) UNITED STATES v. DESI CANO   Page 1 of 1

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6444 |
| DESI CANO | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED defendant's 28 U.S.C. § 2255 motion is denied.

Michael W. Dobbins, Clerk of Court

/s/ Willia Harmon, Deputy Clerk

Date: 2/27/2008

APPEAL, KEYS, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07−cv−06444
*Internal Use Only*

| | |
|---|---|
| United States Of America v. Cano<br>Assigned to: Honorable Suzanne B. Conlon<br>Cause: 28:2255 Remedies on motion attacking sentence | Date Filed: 11/14/2007<br>Date Terminated: 11/29/2007<br>Jury Demand: None<br>Nature of Suit: 510 Prisoner: Vacate Sentence<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **United States Of America** | represented by | **Bethany Kaye Biesenthal**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312)886−7629<br>Email: bethany.biesenthal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**AUSA**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353−5300<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald D. May**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353−5300<br>*TERMINATED: 11/21/2007* |

V.

**Defendant**

| | | |
|---|---|---|
| **Desi Cano** | represented by | **Desi Cano**<br>#10121−424<br>Duluth − FPC<br>P.O. Box 1000<br>Duluth, MN 55814<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and one copy filed by Desi Cano.(lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 3 | MOTION by Defendant Desi Cano to introduce recorded telephone conversations. (lcw, ) (Entered: 11/15/2007) |

| | | |
|---|---|---|
| 11/14/2007 | 4 | NOTICE Of Motions and Motions by defendant Desi Cano. (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 5 | MEMORANDUM BRIEF by defendant Desi Cano in support of his motion for leave to introduce recorded telephone conversations 3 . (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 7 | POST MARKED envelope for initiating document by Desi Cano (Document not scanned) (aew, ) (Entered: 11/21/2007) |
| 11/15/2007 | | (Court only) FORWARDED copy of motion to U.S. Attorney's Office. (lcw, ) (Entered: 11/15/2007) |
| 11/21/2007 | 6 | WITHDRAWING *Withdrawal and Substitution of Counsel* as counsel for Plaintiff United States Of America and substituting Bethany Kaye Biesenthal as counsel of record (Biesenthal, Bethany) (Entered: 11/21/2007) |
| 11/29/2007 | 8 | MINUTE entry before Judge Suzanne B. Conlon : (98cr712−1) Defendatn Desi Cano's Section 2255 motion is denied without prejudice for failure to use the court forms required by Local Rules 81.1 or 81.3. Civil case terminated. Mailed notice (lcw, ) (Entered: 12/03/2007) |
| 12/10/2007 | 9 | MOTION by Defendant Desi Cano to introduce recorded telephone conversations. (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 10 | NOTICE of motions by Desi Cano re MOTION by Defendant Desi Cano to introduce recorded telephone conversations 9 . (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 11 | AMENDED MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Desi Cano with one copy (Exhibits)(cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 12 | MEMORANDUM BRIEF by petitioner in support of his motion for leave to introduce recorded telephone conversation 9 (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 13 | LETTER from petitioner dated 12/4/07. (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 14 | LETTER from petitioner dated 12/5/07. (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 15 | POST MARKED envelope for amended motion to vacate (2255) by Desi Cano (Document not scanned) (aew, ) (Entered: 12/13/2007) |
| 12/12/2007 | | (Court only) FORWARDED Amended motion to vacate, set aside, or correct sentence to US Attorneys Office (cdy, ) (Entered: 12/12/2007) |
| 01/14/2008 | 16 | MINUTE entry before Judge Suzanne B. Conlon : Defendant's Section 2255 motion to vacate set aside or correct his sentence and his motion to introduce recorded conversations are taken under advisement. The government shall respond by 2/15/08. Mailed notice (lcw, ) (Entered: 01/17/2008) |
| 02/14/2008 | 17 | RESPONSE by Plaintiff United States Of America *Government's Response to Defendants Motion Pursuant to 28 U.S.C. § 2255* (Attachments: # 1 Exhibit)(Biesenthal, Bethany) (Entered: 02/14/2008) |
| 02/27/2008 | 18 | MINUTE entry before Judge Suzanne B. Conlon : Defendant's motion for relief under U.S.C Section 2255 1 is denied. Defendant's motion to introduce recorded telephone conversations 9 is moot. (lcw, ) (Entered: 03/03/2008) |
| 02/27/2008 | 19 | ENTERED JUDGMENT.(lcw, ) (Entered: 03/03/2008) |
| 03/03/2008 | 20 | MOTION by Defendant Desi Cano for extension of time. (kjc, ) (Entered: 03/05/2008) |
| 03/17/2008 | 21 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendant's motion 20 for an extension of time to file a reply in support of his section 2255 motion is moot. See order entered on 2/27/08.Notices mailed by judicial staff. (rbf, ) (Entered: 03/20/2008) |
| 04/07/2008 | 22 | MOTION by Defendant Desi Cano for leave to appeal in forma pauperis. (air, ) (Entered: 04/09/2008) |

| 04/07/2008 | 23 | AFFIDAVIT of Desi Cano by Desi Cano regarding motion for leave to appeal in forma pauperis 22 . (air, ) (Entered: 04/09/2008) |
|---|---|---|
| 04/07/2008 | 24 | REQUEST by Defendant Desi Cano for certificate of appealability. (air, ) (Additional attachment(s) added on 4/9/2008: #1 Notice of Filing) (air, ). (Entered: 04/09/2008) |
| 04/07/2008 | 25 | NOTICE of appeal by Desi Cano regarding orders 19 , 18 fee waived. (air, ) (Entered: 04/09/2008) |