# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6444 (98 CR 712-1) | **DATE** | 5/1/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DESI CANO | | |

**DOCKET ENTRY TEXT**

Petitioner's request for the issuance of a certificate of appealability [24] is denied. SEE BELOW FOR DETAILS. His motion for leave to proceed *in forma pauperis* on appeal [22] is moot.

*Suzanne B. Conlon*

■ [ For further details see text below.]

Notices mailed by Judicial staff.

## STATEMENT

Proceeding *pro se*, Desi Cano moved under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence imposed on February 19, 1999. This court denied his motion as untimely pursuant to § 2255(f), and therefore did not address the merits of his constitutional claims. Minute Order, Dkt. No. 18 (Feb. 27, 2008).

Pursuant to Fed. R. App. P. 22(b), a district court must either issue a certificate of appealability or state the reasons why a certificate should not issue. The certificate of appealability may only issue if Cano has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). When a district court denies a § 2255 motion on procedural grounds, a certificate of appealability should be granted if the petitioner demonstrates reasonable jurists could find the motion states a valid claim of a denial of a constitutional right and that the district court was incorrect in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 483-85, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). Under 28 U.S.C. § 2253, Cano must make both showings for a certificate of appealability to be granted. *Id.* A court may deny the certificate if either of these requirements is not satisfied.

For the reasons discussed in this court's February 27, 2008 order, reasonable jurists could not find that this court was incorrect in its procedural ruling that Cano's motion was untimely. As a result, this court had no reason to consider the merits of Cano's constitutional claims. *Id.* Accordingly, this court may not issue a certificate of appealability.

*Suzanne B. Conlon*

| | Courtroom Deputy Initials: | WH |
|---|---|---|