

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

May 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA vs. Desi Cano

U.S.D.C. DOCKET NO. : 07cv6444

U.S.C.A. DOCKET NO. : 08-2115

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)          **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                              Very truly yours,

                              Michael W. Dobbins, Clerk

                              By:_____
                              A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: USA vs. Desi Cano.

USDC NO.   : 07cv6444

USCA NO.   : 08-2115

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 6th day of May, 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
A. Rone, Deputy Clerk

APPEAL, KEYS, TERMED

## United States District Court
## Northern District of Illinois -- CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06444
### Internal Use Only

United States Of America v. Cano
Assigned to: Honorable Suzanne B. Conlon
Case in other court: 08-02115
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 11/14/2007
Date Terminated: 11/29/2007
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

United States Of America     represented by **Bethany Kaye Biesenthal**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312)886-7629
Email: bethany.biesenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ronald D. May**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 11/21/2007*

V.

**Defendant**

Desi Cano     represented by **Desi Cano**
#10121-424
Duluth - FPC
P.O. Box 1000
Duluth, MN 55814

PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) and one copy filed by Desi Cano.(lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 3 | MOTION by Defendant Desi Cano to introduce recorded telephone conversations. (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 4 | NOTICE Of Motions and Motions by defendant Desi Cano. (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 5 | MEMORANDUM BRIEF by defendant Desi Cano in support of his motion for leave to introduce recorded telephone conversations 3 . (lcw, ) (Entered: 11/15/2007) |
| 11/14/2007 | 6 | POST MARKED envelope for initiating document by Desi Cano (Document not scanned) (aew, ) (Entered: 11/21/2007) |
| 11/15/2007 | | (Court only) FORWARDED copy of motion to U.S. Attorney's Office. (lcw, ) (Entered: 11/15/2007) |
| 11/21/2007 | 7 | WITHDRAWING *Withdrawal and Substitution of Counsel* as counsel for Plaintiff United States Of America and substituting Bethany Kaye Biesenthal as counsel of record (Biesenthal, Bethany) (Entered: 11/21/2007) |
| 11/29/2007 | 8 | MINUTE entry before Judge Suzanne B. Conlon : (98cr712-1) Defendatn Desi Cano's Section 2255 motion is denied without prejudice for failure to use the court forms required by Local Rules 81.1 or 81.3. Civil case terminated. Mailed notice (lcw, ) (Entered: 12/03/2007) |
| 12/10/2007 | 9 | MOTION by Defendant Desi Cano to introduce recorded telephone conversations. (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 10 | NOTICE of motions by Desi Cano re MOTION by Defendant Desi Cano to introduce recorded telephone conversations 9 . (jmp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 11 | AMENDED MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Desi Cano with one copy (Exhibits)(cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 12 | MEMORANDUM BRIEF by petitioner in support of his motion for leave to introduce recorded telephone conversation 9 (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 13 | LETTER from petitioner dated 12/4/07. (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 14 | LETTER from petitioner dated 12/5/07. (cdy, ) (Entered: 12/12/2007) |
| 12/10/2007 | 15 | POST MARKED envelope for amended motion to vacate (2255) by Desi Cano (Document not scanned) (aew, ) (Entered: 12/13/2007) |
| 12/12/2007 | | (Court only) FORWARDED Amended motion to vacate, set aside, or correct sentence to US Attorneys Office (cdy, ) (Entered: 12/12/2007) |
| 01/14/2008 | 16 | |

| | | |
|---|---|---|
| | | MINUTE entry before Judge Suzanne B. Conlon : Defendant's Section 2255 motion to vacate set aside or correct his sentence and his motion to introduce recorded conversations are taken under advisement. The government shall respond by 2/15/08. Mailed notice (lcw, ) (Entered: 01/17/2008) |
| 02/14/2008 | 17 | RESPONSE by Plaintiff United States Of America *Government's Response to Defendants Motion Pursuant to 28 U.S.C. § 2255* (Attachments: #1 Exhibit)(Biesenthal, Bethany) (Entered: 02/14/2008) |
| 02/27/2008 | 18 | MINUTE entry before Judge Suzanne B. Conlon : Defendant's motion for relief under U.S.C Section 2255 1 is denied. Defendant's motion to introduce recorded telephone conversations 9 is moot. (lcw, ) (Entered: 03/03/2008) |
| 02/27/2008 | 19 | ENTERED JUDGMENT.(lcw, ) (Entered: 03/03/2008) |
| 03/03/2008 | 20 | MOTION by Defendant Desi Cano for extension of time. (kjc, ) (Entered: 03/05/2008) |
| 03/17/2008 | 21 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendant's motion 20 for an extension of time to file a reply in support of his section 2255 motion is moot. See order entered on 2/27/08.Notices mailed by judicial staff. (rbf, ) (Entered: 03/20/2008) |
| 04/07/2008 | 22 | MOTION by Defendant Desi Cano for leave to appeal in forma pauperis. (air, ) (Entered: 04/09/2008) |
| 04/07/2008 | 23 | AFFIDAVIT of Desi Cano by Desi Cano regarding motion for leave to appeal in forma pauperis 22 . (air, ) (Entered: 04/09/2008) |
| 04/07/2008 | 24 | REQUEST by Defendant Desi Cano for certificate of appealability. (air, ) (Additional attachment(s) added on 4/9/2008: #1 Notice of Filing) (air, ). (Entered: 04/09/2008) |
| 04/07/2008 | 25 | NOTICE of appeal by Desi Cano regarding orders 19 , 18 fee waived. (air, ) (Entered: 04/09/2008) |
| 04/07/2008 | 27 | POST MARKED envelope for notice of appeal by Desi Cano (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 04/09/2008 | 26 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 25 . Notified counsel (air, ) (Entered: 04/09/2008) |
| 05/01/2008 | 28 | MINUTE entry before Judge Honorable Suzanne B. Conlon: Petitioner's request for the issuance of a certificate of appealability 24 is denied. See Below For Details. His motion for leave to proceed in forma pauperis on appeal 22 is moot.Notices mailed by judicial staff. (rbf, ) (Entered: 05/02/2008) |
| 05/06/2008 | 29 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 25 ; USCA Case No. 08-2115. (lcw, ) (Entered: 05/06/2008) |
| 05/06/2008 | 30 | CIRCUIT Rule 3(b) Notice. (lcw, ) (Entered: 05/06/2008) |



KEY :→

All circled items are included in record on appeal
All / items are not included in appeal
All S/C items are on a separate cover
All N/A items are not available