

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK



312-435-5670

May 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA vs. Desi Cano

U.S.D.C. DOCKET NO. : 07cv6444

U.S.C.A. DOCKET NO. : 08-2115

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | **One Vol. Of Pleadings** |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |
| EXHIBITS: | |
| VAULT ITEMS: | |
| OTHER (SPECIFY): | |
| SPECIAL NOTE: | |



Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk