# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

May 6, 2008



**By the Court:**

| | |
|---|---|
| DESI CANO,<br>      Petitioner-Appellant,<br><br>No. 08-2115        v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6444<br>]<br>] Suzanne B. Conlon, Judge. |

### O R D E R

Sections 105 and 106(b) of the Antiterrorism and Effective Death Penalty Act of 1996 prescribe requirements for second or successive collateral attacks on judgments in criminal cases. Among other things, the new law requires approval from the court of appeals before a second or successive petition (challenging the same conviction or sentence) may be filed in the District Court.

The present case presents for our review the denial of a post-conviction motion under 28 U.S.C. § 2255.  Accordingly,

IT IS ORDERED that the appellee file, on or before May 20, 2008 a statement advising this court whether appellant brought a previous post-conviction motion under 28 U.S.C. § 2255 challenging the same judgment that appellant now challenges.  If so, appellee shall provide the court with the district court docket number and a copy, if there is one, of this court's order authorizing the filing of a second or successive petition or motion.

If appellee takes the position that the current matter is successive, appellee shall file a copy of the district court order ruling on the earlier petition with its response.

NOTE:  Caption document "JURISDICTIONAL MEMORANDUM."  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.